**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 23-2147**

---

JEROME GARCIA,

        Plaintiff - Appellant,

    v.

RICHLAND CO. TREASURY; TREASURER KENDRA L. DOVE,

        Defendants - Appellees.

---

Appeal from the United States District Court for the District of South Carolina, at Columbia.  Mary G. Lewis, District Judge.  (3:23-cv-04758-MGL)

---

Submitted:  December 19, 2023               Decided:  December 21, 2023

---

Before HARRIS, QUATTLEBAUM, and BENJAMIN, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Jerome Garcia, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jerome Garcia appeals the district court's order accepting the magistrate judge's recommendation and dismissing Garcia's civil complaint without prejudice. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Garcia v. Richland Co. Treasury*, No. 3:23-cv-04758-MGL (D.S.C. Oct. 27, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
